IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CHRISTOPHER J. HOWARD,
Prisoner #B86767,

Petitioner,

v.

MICHAEL ATCHISON[1],

Respondent.                                          Case No. 3:11-cv-00244-DRH-SCW

## MEMORANDUM AND ORDER

**HERNDON, Chief District Judge:**

  Now before the Court is petitioner Christopher J. Howard's motion for summary judgment (Doc. 105). On March 30, 2011, petitioner filed a petition for writ of *habeas corpus* pursuant to 28 U.S.C. Section 2254 (Doc. 1). Respondent thereafter answered (Doc. 88). In his petition, Howard argues a single ground for relief, that the Circuit Court violated the due process clause of the Fourteenth Amendment when he was not given notice nor present in court for the September 8, 2008 motion hearing. Respondent asserts that petitioner's claim is procedurally defaulted because Howard failed to raise this issue in one complete round of state court proceedings.

  Howard now seeks summary judgment in his favor, arguing a "fundamental miscarriage of justice," a violation of his Fourteenth Amendment right to due

---

[1] Respondent informed the Court that Michael P. Atchison is the current Warden of Menard Correctional Center and the proper respondent. Thus, the Court substitutes Atchison for the original respondent Donald A. Hulick.

process, as an excuse for the procedural default. Summary judgment will be entered if the "movant shows that there is no genuine dispute as to any material fact and the movant is entitled to a judgment as a matter of law." Fed. R. Civ. P. 56(a). The facts and all reasonable inferences are drawn in favor of the non-moving party. *Ault v. Speicher*, 634 F.3d 942, 945 (7th Cir. 2011).

Howard has not demonstrated that he is entitled to judgment in his favor. Petitioner essentially raises the same issue he does in his petition. Those issues are in dispute as framed by the petition and the response thereto and not properly resolved by summary judgment. The Court has taken Howard's petition under advisement and will rule on the matter expeditiously. Accordingly, petitioner's motion for summary judgment (Doc. 105) is **DENIED**. Also, petitioner's motions for status (Docs. 106, 107) are **DENIED** as moot.

**IT IS SO ORDERED.**

Signed this 4th day of November, 2013

Digitally signed by David R. Herndon
Date: 2013.11.04 12:11:54 -06'00'

**Chief Judge**
**United States District Court**