IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CHRISTOPHER J. HOWARD,

    Petitioner,

-vs-

MICHAEL ATCHISON,

    Respondent.                    No. 11-cv-244-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Memorandum and Order entered by this Court on November 4, 2013 (Doc. 110), the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254 is **DENIED** and this case is **DISMISSED with prejudice**.

                              NANCY J. ROSENSTENGEL,
                              CLERK OF COURT

                              BY:  *s/Sara Jennings*
                                      Deputy Clerk

**DATED:** November 5, 2013

David R. Herndon
2013.11.05
05:40:08 -06'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT